XAVIER BECERRA
Attorney General of California
LANCE E. WINTERS
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Acting Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
ANA R. DUARTE
Deputy Attorney General
State Bar No. 174715
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6002
Fax: (916) 731-2122
E-mail: DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALPHONSO WILLIAMS,**<br>Petitioner,<br>**v.**<br>**STU SHERMAN,**<br>Respondent. | Case No. CV 19-9621-JFW (E)<br>**NOTICE OF LODGING**<br><br>The Honorable Charles F. Eick<br>United States Magistrate Judge |

Respondent requests that the following documents be lodged with the Court:

1. Relevant portion of clerk's transcript from Los Angeles County Superior Court case number BA414878.

2. Petitioner's Opening Brief filed in California Court of Appeal case number B259659.

3. Respondent's Brief filed in California Court of Appeal case number B259659.

4. Petitioner's Reply Brief filed in California Court of Appeal case number B259659.

5. Published Opinion filed in California Court of Appeal case number B259659.

6. Petition for Review filed in California Supreme Court case number S240095.

7. Docket showing denial of Petition for Review in California Supreme Court case number S240095.

8. Docket from Los Angeles County Superior Court case number BA414878.

9. February 2015 Petition for Writ of Habeas Corpus filed in Los Angeles County Superior Court case number BA414878.

10. February 2015 Order denying Petition for Writ of Habeas Corpus filed in Los Angeles County Superior Court case number BA414878.

11. Petition for Writ of Habeas Corpus filed in California Supreme Court case number S225110.

12. Docket showing denial of Petition for Writ of Habeas Corpus filed in California Supreme Court case number S225110.

13. September 2017 Petition for Writ of Habeas Corpus filed in Los Angeles County Superior Court case number BA414878.

14. October 2017 Order denying Petition for Writ of Habeas Corpus filed in Los Angeles County Superior Court case number BA414878.

15. Petition for Writ of Habeas Corpus filed in California Court of Appeal case number B286677.

16. Order denying Petition for Writ of Habeas Corpus filed in California Court of Appeal case number B286677.

17. Petition for Writ of Habeas Corpus filed in California Supreme Court case number S247277.

18. Docket showing denial of Petition for Writ of Habeas Corpus filed in California Supreme Court case number S247277.

19. Reporter's transcript from Los Angeles County Superior Court case number BA414878: thirteen (13) volumes.

Because these lodged documents are copies, the Court can dispose of them as it sees fit.

Dated: January 3, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
LANCE E. WINTERS
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Acting Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General

/s/ Ana R. Duarte

ANA R. DUARTE
Deputy Attorney General
*Attorneys for Respondent*

LA2019505131
53947872.doc

# CERTIFICATE OF SERVICE

Case Name: ***Alphonso Williams v. Stu Sherman*** No. **CV 19-9621-JFW (E)**

I hereby certify that on January 3, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF LODGING**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 3, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Alphonso Williams**
**CDC# AV0534**
**SATF-CSP, Corcoran**
**900 Quebec Avenue**
**P.O. Box 5244**
**Corcoran, CA 93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 3, 2020, at Los Angeles, California.

| Frances Conroy | /s/ Frances Conroy |
|---|---|
| Declarant | Signature |

ARD:fc
LA2019505131
54014191.docx